**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 10-CR-00533-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**1. GRANT NED BAKER,**
    **Defendant.**

_____

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION**
_____

**THIS MATTER** came before the Court for a detention hearing on Petition on Violation of Supervised Release on March 9, 2012.  Present were the following: James Candelaria, Assistant United States Attorney, John Baxter, counsel for the Defendant, and the Defendant.  Also present was Erika Hitti, Probation Officer. The Court heard testimony, took judicial notice of the Petition on Violation of Supervised Release and the underlying charge in this case and heard the arguments of counsel.

The Defendant was arrested on March 6, 2012.  During a hearing on March 9, 2012, the Defendant waived his right to a Preliminary Hearing under Rule 32.1 of the Federal of Criminal Procedure.  Based upon the facts alleged in the Petition on Violation of Supervised Release and in light of the Defendant's waiver, the Court found that probable cause existed to believe that the Defendant violated one or more conditions of his release.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Violation of Supervised Release and the underlying charges.  I have also considered the arguments of counsel.  Under the circumstances, I find that the defendant has not sustained his burden of establishing that he is not a danger to the community.

1

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DATED and ENTERED** this 9th day of March, 2012.

                                          **BY THE COURT:**

                                          <u>s/David L. West</u>
                                          **United States Magistrate Judge**